UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:24-cr-00068-FL-BM-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | MOTION TO CONTINUE |
| | ) | |
| Timarcus Lavonnte Britt, | ) | |
|     Defendant. | ) | |

NOW COMES Defendant by and through undersigned counsel and respectfully moves this Court for a continuance of Defendant's arraignment hearing set for June 12, 2025. In support thereof, Defendant submits the following:

    1. Defendant and the Government are currently engaged in plea negotiations.

    2. More time is needed so that the parties can come to an agreement on an appropriate non trial disposition.

    3. Undersigned counsel has conferred with AUSA Kimberly Dixon and she has confirmed that the Government does not oppose this motion or the relief requested therein.

    4. This motion is made in good faith, and not solely for the purposes of delay. The ends of justice served by continuing the arraignment hearing in this case outweigh the interests of the public and defendant for a speedy resolution of this matter.

    WHEREFORE, defendant requests that the arraignment hearing set for June 12, 2025 be continued to a future term of Court.

    Respectfully submitted this the 5th day of June, 2025.

    /s/ Curtis R. High
    Curtis R. High
    Attorney for Defendant
    P.O. Box 746
    Raleigh, North Carolina 27602

Phone: (919) 828-7626  
Fax: (919) 828-5608  
Email: curtishigh@gmail.com  
N.C. Bar # 21118

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

AUSA Kimberly Dixon  
150 Fayetteville Street  
Suite 2100  
Raleigh, NC 27601

by electronically filing same with the Clerk of Court on this day using the CM/ECF system which will send notification of such filing to the above.

This the 5th day of June, 2025.

/s/ Curtis R. High  
Curtis R. High